153 So.2d 414

**STATE of Louisiana**

**v.**

**William Robert LIVESAY.**

No. 46780.

May 24, 1963.

In re: State of Louisiana, through the District Attorney for Orleans Parish, applying for writ of mandamus.

Writ refused. We do not find that the trial judge has abused his discretion in granting a continuance.

153 So.2d 414

**Hardy N. GREENE**

**v.**

**The CARTER OIL COMPANY et al.**

No. 46758.

June 4, 1963.

In re: Hardy N. Greene applying for certiorari or writ of review to the Court of Appeal, Second Circuit, Parish of Claiborne. 152 So.2d 611.

Writ refused. There is no error of law in the judgment of the Court of Appeal.